# **Exhibit 2**

## AFFIDAVIT OF JUAN RAMIREZ

State of Texas                           §
                                         §
                                         §
County of Jefferson                      §
                                         §

Before me, the undersigned authority, on this day personally appeared Juan Ramirez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Juan Ramirez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 3830 College Street. I am employed as a server and MOD and my main duties and responsibilities are taking orders, serving food, and help to ensure an efficient operation. I have been in this position at this IHOP location since 06/07.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00417

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print:  Juan Ramirez

Sign: Maus

Date: 5242017

SUBSCRIBED TO and SWORN to before me by the said Juan Ramirez on this the 24 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longori
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00418

## AFFIDAVIT OF PAOLA LOPEZ

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Jefferson | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Paola Lopez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Paola Lopez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Port Arthur, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 3830 College Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 11/12.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00419

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Paola M Lopez

Sign: Paula Lopez

Date: 5/24/2017

SUBSCRIBED TO and SWORN to before me by the said PAOLA LOPEZ on this the 24 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00420

## AFFIDAVIT OF REBECCA MATHERLY

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Hardin | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Rebecca Matherly, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Rebecca Matherly. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Lumberton, Hardin County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 3830 College Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 03/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Rebecca Matherly

Sign: Rebecca Matherly

Date: 05/24/17

SUBSCRIBED TO and SWORN to before me by the said _Rebecca_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00422

## AFFIDAVIT OF JAYTHAN GILDER

State of Texas                              §
                                           §
                                           §
County of Harris                           §
                                           §

Before me, the undersigned authority, on this day personally appeared Jaythan Gilder, who,

being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Jaythan Gilder.  I am over the age of eighteen, am of sound mind, and am

fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris

County, Texas. The statements contained in this affidavit are within my personal knowledge and

are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Rd. I am employed as a  server

and my main duties and responsibilities are to take orders and serving food and beverages.  I have

been in this position at this IHOP location since 06/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime

wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay

that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social

security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in

IHOP management to clock in to work using anyone else's name or social security number other

than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid

overtime and/or that IHOP has required employees to clock in using more than one name and

**REYES 00423**

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.

Print: Jaythan Gilder

Sign: 

Date: 5·25·17

SUBSCRIBED TO and SWORN to before me by the said JAYTHAN on this the

GILDER

25 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00424

## AFFIDAVIT OF MANUEL COOPER

State of Texas                              §
                                            §
                                            §
County of Harris                            §
                                            §

Before me, the undersigned authority, on this day personally appeared Manuel Cooper, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Manuel Cooper. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Rd. I am employed as a cook and my main duties and responsibilities are to cook menu items for guests. I have been in this position at this IHOP location since 07/12.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00425

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Manuel Cooper_

Sign: _Manuel Cooper_

Date: _5/25/17_

SUBSCRIBED TO and SWORN to before me by the said _MANUEL_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

Page 2 of 2

REYES 00426

## AFFIDAVIT OF FELICIANA SOTELO

State of Texas

County of Harris

§
§
§
§
§

Before me, the undersigned authority, on this day personally appeared Feliciana Sotelo, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Feliciana Sotelo. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Rd. I am employed as a combo and my main duties and responsibilities are to keep restaurant clean, wash dishes and clean tables. I have been in this position at this IHOP location since 01/07.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00427

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Feliciana Sotelo A

Sign: F. S. A

Date: 5 / 25 / 17

SUBSCRIBED TO and SWORN to before me by the said *FELICIANA SOTELO* on this the
25 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00428

## AFFIDAVIT OF KEVONIA JOSEPH

State of Texas                                   §
                                                 §
                                                 §
County of Harris                                 §
                                                 §

Before me, the undersigned authority, on this day personally appeared Kevonia Joseph, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Kevonia Joseph. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Rd. I am employed as a manager and my main duties and responsibilities are to help to ensure an efficient restaurant system. I have been in this position at this IHOP location since 06/09.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00429

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: *Kevonia Joseph*

Sign: 

Date: *05·25·2017*

SUBSCRIBED TO and SWORN to before me by the said _KEVONIA_ on this the
_JOSEPH_
_25_ day of May, 2017, to certify which witnesses my hand and seal of office.

> MINNIE LONGORIA
> My Notary ID # 126585417
> Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)                My Commission Expires: _7/9/20_

REYES 00430

## AFFIDAVIT OF DESTINY BANKS

State of Texas       §
            §
            §
County of Harris      §
            §

Before me, the undersigned authority, on this day personally appeared Destiny Banks, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Destiny Banks. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Rd. I am employed as a server and my main duties and responsibilities are to take orders and serving food and beverages. I have been in this position at this IHOP location since 02/11.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: <u>DESTINY BANKS</u>

Sign: <u>D Banks</u>

Date: <u>5/25/2017</u>

SUBSCRIBED TO and SWORN to before me by the said <u>DESTINY BANKS</u> on this the <u>25</u> day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

<u>Minnie Longoria</u>
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: <u>7/9/20</u>

Page 2 of 2

REYES 00432

## AFFIDAVIT OF SERGIO HERNANDEZ

State of Texas                          §
                                        §
                                        §
County of Harris                        §
                                        §

Before me, the undersigned authority, on this day personally appeared Sergio Hernandez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Sergio Hernandez. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Tomball, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Road. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 07/08.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00433

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Sergio Abimael Hernandez_

Sign: 

Date: _5-25-17_

SUBSCRIBED TO and SWORN to before me by the said _SERGIO HERNANDEZ_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00434

## AFFIDAVIT OF LANDA ALLEN

State of Texas       §
           §
           §
County of Harris      §
           §

Before me, the undersigned authority, on this day personally appeared Landa Allen, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Landa Allen. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Jacinto City, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Road. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 02/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00435

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _LANDA K. Allen_____

Sign: _Landa K. All_____

Date: _5-25-2017_____

SUBSCRIBED TO and SWORN to before me by the said _LANDA ALLEN_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00436

## AFFIDAVIT OF CHRISTOPHER QUARLES

State of Texas                              §
                                            §
                                            §
County of Harris                            §
                                            §

Before me, the undersigned authority, on this day personally appeared Christopher Quarles, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Christopher Quarles. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 197 Greens Road. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 04/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00437

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print:  Christopher Quarles

Sign:

Date: 5/25/17

SUBSCRIBED TO and SWORN to before me by the said _Christopher_ on this the _Quarles_ __25__ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: __7/9/20__

REYES 00438

## AFFIDAVIT OF ZOI ERIS

State of Texas                                          §
                                                       §
                                                       §
County of Harris                                       §
                                                       §

Before me, the undersigned authority, on this day personally appeared Zoi Eris, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Zoi Eris. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a server and my main duties and responsibilities are to take orders and serving food and beverages. I have been in this position at this IHOP location since 10/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00439

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: ZOI EPIS

Sign: 

Date: 5.26.17.

SUBSCRIBED TO and SWORN to before me by the said ZOI ERIS on this the 26 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00440

## AFFIDAVIT OF YASIRA VASQUEZ

State of Texas                              §
                                           §
                                           §
County of Harris                            §
                                           §

Before me, the undersigned authority, on this day personally appeared Yasira Vasquez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Yasira Vasquez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a cook and my main duties and responsibilities are to cook menu items for guests. I have been in this position at this IHOP location since 01/2010.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00441

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Yasira  Vasquez_

Sign: _Yasira  vasquez_

Date: _05.26.17_

SUBSCRIBED TO and SWORN to before me by the said _Yasira_ on this the _26_ day of May, 2017, to certify which witnesses my hand and seal of office.

VASQUEZ



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7 / 9 / 20_

REYES 00442

## AFFIDAVIT OF MAURICIO MARTINEZ

State of Texas                            §
                                          §
                                          §
County of Harris                          §
                                          §

Before me, the undersigned authority, on this day personally appeared Mauricio Martinez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Mauricio Martinez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a cook and my main duties and responsibilities are to cook menu items for guests. I have been in this position at this IHOP location since 08/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00443

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Jose Mauricio Martinez_

Sign: _____

Date: _5 / 26 / 17_

SUBSCRIBED TO and SWORN to before me by the said _MAURICIO_ _MARTINEZ_ on this the _26_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7 / 9 / 20_

Page 2 of 2

REYES 00444

## AFFIDAVIT OF JOSE PEREZ

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of <u>Harris</u> | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Jose Perez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Jose Perez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a combo and my main duties and responsibilities are to keep restaurant clean, wash dishes and clean tables. I have been in this position at this IHOP location since 06/10.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00445

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Jose C Perez

Sign: 

Date: 5-26.2017

SUBSCRIBED TO and SWORN to before me by the said JOSE PEREZ on this the 26 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00446

## AFFIDAVIT OF GIOVANNI ALVAREZ

State of Texas                                              §
                                                           §
                                                           §
County of Harris                                           §
                                                           §

Before me, the undersigned authority, on this day personally appeared Giovanni Alvarez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Giovanni Alvarez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a server and my main duties and responsibilities are to take orders and serving food and beverages. I have been in this position at this IHOP location since 08/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Giovanni Alvarez_



Sign: _____

Date: _5/26/17_

SUBSCRIBED TO and SWORN to before me by the said __GIOVANNI__ on this the _26_ day of May, 2017, to certify which witnesses my hand and seal of office.
ALVAREZ

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

Page 2 of 2

REYES 00448

## AFFIDAVIT OF FERMIN PRADO

State of Texas                                    §
                                                  §
                                                  §
County of Harris                                  §
                                                  §

Before me, the undersigned authority, on this day personally appeared Fermin Prado, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Fermin Prado. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a Host and my main duties and responsibilities are to greet guests at the door and seat them. I have been in this position at this IHOP location since 01/15.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00449

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Fermin Prado

Sign:

Date: 05-23-17

SUBSCRIBED TO and SWORN to before me by the said _FERMIN_ on this the PRADO __26__ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00450

## AFFIDAVIT OF KARLA D'AN

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Harris | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Karla D'an, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Karla D'an. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a trainer and my main duties and responsibilities are to ensure that all servers and hosts have the knowledge to serve guests. I have been in this position at this IHOP location since 10/04.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00451

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Karla D'An_

Sign: _[signature]_

Date: _5/26/2017_

SUBSCRIBED TO and SWORN to before me by the said _KARLA D'AN_ on this the _26_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

Page 2 of 2

REYES 00452

## AFFIDAVIT OF FERNANDA LIERA

State of Texas                          §
                                        §
                                        §
County of Harris                        §
                                        §

Before me, the undersigned authority, on this day personally appeared Fernanda Liera, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Fernanda Leira. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a server and my main duties and responsibilities are to take orders and serving food and beverages. I have been in this position at this IHOP location since 08/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00453

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Anissa Fernanda Liera

Sign: 

Date: 26-may-17

SUBSCRIBED TO and SWORN to before me by the said  FERNANDA  on this the LIERA 26 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7 / 9 /20

REYES 00454

## AFFIDAVIT OF MARCO SANCHEZ

State of Texas                                    §
                                                  §
                                                  §
County of Harris                                  §
                                                  §

Before me, the undersigned authority, on this day personally appeared Marco Sanchez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Marco Sanchez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a Host and my main duties and responsibilities are to greet guests at the door and seat them. I have been in this position at this IHOP location since 11/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00455

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.

Print: MArco A. Sanchez

Sign: 

Date: 5/26/17

SUBSCRIBED TO and SWORN to before me by the said _MARCO_ on this the
_SANCHEZ_
_26_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00456

## AFFIDAVIT OF MARGARITA PENA

State of Texas         §
                              §
                              §
County of Harris       §
                              §

Before me, the undersigned authority, on this day personally appeared Margarita Pena, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Margarita Pena. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 6759 S. Hwy 6. I am employed as a combo and my main duties and responsibilities are to keep restaurant clean, wash dishes and clean tables. I have been in this position at this IHOP location since 11/13.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00457

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Margarita Peña

Sign: Margarita Peña

Date: 5-26-2017

SUBSCRIBED TO and SWORN to before me by the said _MARGARITA_ on this the
_PEÑA_
_26_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00458

## AFFIDAVIT OF SANDRA WOOLARD

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Brazoria | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Sandra Woolard, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Sandra Woolard. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Lake Jackson, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 11/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00459

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Sandra Woolard_

Sign: _Sandra Woolard_ 

Date: _5·23·17_

SUBSCRIBED TO and SWORN to before me by the said _SANDRA_ on this the _WOOLARD_

_23_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)                My Commission Expires: _7/9/20_

REYES 00460

# AFFIDAVIT OF LINDA GALLAGHER

State of Texas                              §
                                           §
                                           §
County of Brazoria                         §
                                           §

Before me, the undersigned authority, on this day personally appeared Linda Gallagher, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Linda Gallagher. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Brazoria, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a host and my main duties and responsibilities are greeting guests at the door and seating them. I have been in this position at this IHOP location since 08/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00461

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Linda d Gallagher

Sign: Linda L gallagher

Date: 5/23/17

SUBSCRIBED TO and SWORN to before me by the said LINDA GALLAGHER on this the 23 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00462

## AFFIDAVIT OF ANTONIO RODRIGUEZ

State of Texas                                §
                                              §
                                              §
County of Brazoria                            §
                                              §

Before me, the undersigned authority, on this day personally appeared Antonio Rodriguez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Antonio Rodriguez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Houston, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 04/09.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00463

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: __ANTONIO Rodriguez__

Sign: __antonio Rodriguez__

Date: __5-23-17__

SUBSCRIBED TO and SWORN to before me by the said __ANTONIO__ on this the __RODRIGUEZ__
__23__ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: __7/9/20__

Page 2 of 2

REYES 00464

## AFFIDAVIT OF CORBIN DAILEY

State of Texas                 §
§
§
County of Matagorda       §
§

Before me, the undersigned authority, on this day personally appeared Corbin Dailey, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Corbin Dailey. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Bay City, Matagorda County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 12/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Corbin Dailey

Sign: Corbin Dailey

Date: 5/23/17

SUBSCRIBED TO and SWORN to before me by the said _CORBIN_ on this the _23_ day of May, 2017, to certify which witnesses my hand and seal of office.
DAILEY



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00466

## AFFIDAVIT OF LILIANA JIMENEZ

State of Texas                              §
                                            §
                                            §
County of Brazoria                          §
                                            §

Before me, the undersigned authority, on this day personally appeared Liliana Jimenez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Liliana Jimenez. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Lake Jackson, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 11/12.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00467

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Liliana Jimenez Lozano

Sign: Liliana Jimenez

Date: 5-23-17

SUBSCRIBED TO and SWORN to before me by the said _LILIANA_  on this the
JIMENEZ
23 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00468

## AFFIDAVIT OF LIDIA JIMENEZ

State of Texas                 §
                                §
                                §
County of Brazoria          §
                                §

Before me, the undersigned authority, on this day personally appeared Lidia Jimenez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Lidia Jimenez.  I am under the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Clute, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a  server and my main duties and responsibilities are taking orders, serving food and beverages.  I have been in this position at this IHOP location since 03/14.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00469

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.


Print: Lidia Jimenez

Sign: 

Date: 5/23/17


SUBSCRIBED TO and SWORN to before me by the said  LIDIA          on this the
                                                        JIMENEZ
23  day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00470

# AFFIDAVIT OF ROSA PEREZ

State of Texas                              §
                                            §
                                            §
County of Brazoria                          §
                                            §

Before me, the undersigned authority, on this day personally appeared Rosa Perez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Rosa Perez. I am under the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Clute, Brazoria County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 202 E. State Hwy 332. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 09/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00471

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Rosa Perez

Sign: _Rosa Perez_

Date: 5-23-17

SUBSCRIBED TO and SWORN to before me by the said _Rosa Perez_ on this the 23 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longen
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00472

## AFFIDAVIT OF ESTHER ORTEGA

State of Texas                     §
                                   §
                                   §
County of Harris                   §
                                   §

Before me, the undersigned authority, on this day personally appeared Esther Ortega, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Esther Ortega. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Baytown, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a combo and my main duties and responsibilities are washing dishes and tables, ensuring a clean restaurant. I have been in this position at this IHOP location since 12/05.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00473

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.

Print: _Esther Ortega Vivaldo_

Sign: _Esther_

Date: _05/24/2017_

SUBSCRIBED TO and SWORN to before me by the said _Esther Ortega_ on this the

_24_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00474

## AFFIDAVIT OF ROBERT HARRIS

State of Texas                          §
                                        §
                                        §
County of Harris                        §
                                        §

Before me, the undersigned authority, on this day personally appeared Robert Harris, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Robert Harris. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Baytown, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a manager and my main duties and responsibilities are ensuring an efficient restaurant operation. I have been in this position at this IHOP location since 09/14.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00475

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: **Robert Harris**

Sign: 

Date: 5/24/17

SUBSCRIBED TO and SWORN to before me by the said _ROBERT_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00476

# AFFIDAVIT OF HOLLY HAMILTON

State of Texas                                    §
                                                  §
                                                  §
County of Harris                                  §
                                                  §

Before me, the undersigned authority, on this day personally appeared Holly Hamilton, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Holly Hamilton. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Baytown, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 09/15.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00477

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.

Print: <u>Holly Hamilton</u>

Sign: <u>Holly Hamilton</u>

Date: <u>5/24/17</u>

SUBSCRIBED TO and SWORN to before me by the said <u>Holly</u> on this the

<u>24</u> day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

<u>Minnie Longoria</u>
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: <u>7/9/20</u>

Page 2 of 2

REYES 00478

## AFFIDAVIT OF YANSI PARADA

State of Texas          §
                         §
                         §
County of Harris       §
                         §

Before me, the undersigned authority, on this day personally appeared Yansi Parada, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Yansi Parada. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Pasadena, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 10/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00479

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Yansi Parada

Sign: Yansi Parada

Date: 5-24-17

SUBSCRIBED TO and SWORN to before me by the said YANSI PARADA on this the 24 day of May, 2017, to certify which witnesses my hand and seal of office.



**MINNIE LONGORIA**
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00480

## AFFIDAVIT OF NORA LUNAS

State of Texas                     §
                                   §
                                   §
County of Harris                   §
                                   §

Before me, the undersigned authority, on this day personally appeared Nora Lunas, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Nora Lunas. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Webster, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 04/08.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00481

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Nora Lunas_____

Sign: _non L_____

Date: _05-24-17_____

SUBSCRIBED TO and SWORN to before me by the said _Nora Lunas_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00482

# AFFIDAVIT OF KEVIN YOHN

State of Texas                                    §
                                                 §
                                                 §
County of Harris                                 §
                                                 §

Before me, the undersigned authority, on this day personally appeared Kevin Yohn, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Kevin Yohn.  I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of La Porte, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5001 Garth Road. I am employed as a server and manager and my main duties and responsibilities are taking orders, serving food, and helping to ensure efficiency.  I have been in this position at this IHOP location since 10/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00483

social security number to avoid paying overtime wages. As this is not my experience, I do not wish

to join the lawsuit. Additionally, I do not know any other employee who would like to join that

lawsuit."

Further, affiant sayeth not.

Print: Kevin Yohn

Sign: _____

Date: 5/24/17

SUBSCRIBED TO and SWORN to before me by the said  Kevin  on this the

24 day of May, 2017, to certify which witnesses my hand and seal of office.


MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00484

## AFFIDAVIT OF BREANA GARCIA

State of Texas                                      §
                                                   §
                                                   §
County of Jefferson                                §
                                                   §

Before me, the undersigned authority, on this day personally appeared Breana Garcia, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Breana Garcia. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5875 Eastex Freeway. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 08/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00485

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: *Breana Garcia*

Sign: *Breana Garcia*

Date: 05-24-17

SUBSCRIBED TO and SWORN to before me by the said *BREANA GARCIA* on this the 24 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00486

## AFFIDAVIT OF LUIS CHAY

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Jefferson | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Luis Chay, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Luis Chay. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5875 Eastex Freeway. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 05/13.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00487

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Luis  Chay_

Sign: _[signature]_

Date: _05/24/2017_

SUBSCRIBED TO and SWORN to before me by the said _Luis Chay_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00488

## AFFIDAVIT OF ALICIA JONES

State of Texas                  §
                                §
                                §
County of Jefferson             §
                                §

Before me, the undersigned authority, on this day personally appeared Alicia Jones, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Alicia Jones. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5875 Eastex Freeway. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 08/15.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00489

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Alicia Jones_

Sign: _Alicia Jones_

Date: _5.24.17_

SUBSCRIBED TO and SWORN to before me by the said _ALICIA JONES_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00490

## AFFIDAVIT OF SCHOLASTIQUE BOYD

State of Texas §
§
§
County of Jefferson §
§

Before me, the undersigned authority, on this day personally appeared Scholastique Boyd, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Scholastique Boyd. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5875 Eastex Freeway. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 02/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00491

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print:  Scholastique Boyd

Sign: Scholastique Boyd

Date: 5/24/17

SUBSCRIBED TO and SWORN to before me by the said _Scholastic Boyd_ on this the _24_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7 / 9 / 20_

REYES 00492

## AFFIDAVIT OF JAKAYLA FLEMINGS

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Jefferson | § |
| | § |

Before me, the undersigned authority, on this day personally appeared JaKayla Flemings, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is JaKayla Flemings. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Beaumont, Jefferson County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 5875 Eastex Freeway. I am employed as a hostess and my main duties and responsibilities are greet guests at the door and seat them. I have been in this position at this IHOP location since 06/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: JaKayla Flemings

Sign: _Flemings_

Date: 5·24·17

SUBSCRIBED TO and SWORN to before me by the said JAKAYLA FLEMINGS on this the 24 day of May, 2017, to certify which witnesses my hand and seal of office.


MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00494

## AFFIDAVIT OF ALISHA PRINCE

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Harris | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Alisha Prince, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Alisha Prince.  I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Humble, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 07/12.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00495

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Alisha      Prince_

Sign: _alisha      Prince_

Date: _5- 25 · 2017_

SUBSCRIBED TO and SWORN to before me by the said _ALISHA_  on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00496

## AFFIDAVIT OF CECILIO GAMARRAS

State of Texas
§
§
§
County of Liberty
§
§

Before me, the undersigned authority, on this day personally appeared Cecilio Gamarras, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Cecilio Gamarras.  I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of New Caney, Liberty County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 05/14.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00497

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Cecilio Gramarras

Sign: C. Gurut

Date: 05/25/17

SUBSCRIBED TO and SWORN to before me by the said _Cecilio Gramarras_ on this the 25 day of May, 2017, to certify which witnesses my hand and seal of office.



MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00498

## AFFIDAVIT OF EDDY OROZCO

State of Texas                              §
                                           §
                                           §
County of Harris                            §
                                           §

Before me, the undersigned authority, on this day personally appeared Eddy Orozco, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Eddy Orozco. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Atascocita, Harris County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests.  I have been in this position at this IHOP location since 01/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00499

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: *Eddy Maximo Miranda Orozco*

Sign: 

Date: 05-25-17

SUBSCRIBED TO and SWORN to before me by the said EDDY OROZCO on this the 25 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00500

## AFFIDAVIT OF ERICA STUMP

State of Texas                          §
                                        §
                                        §
County of Montgomery                    §
                                        §

Before me, the undersigned authority, on this day personally appeared Erica Stump, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Erica Stump. I am over the age of eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Porter, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 03/15.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00501

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print:  *Erica J Stump*

Sign:  

Date:  *5-25-17*

SUBSCRIBED TO and SWORN to before me by the said *ERICA Stump* on this the *25* day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

*Minnie Longoria*
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: *7/9/20*

REYES 00502

## AFFIDAVIT OF FELIPE CARVAJAL

State of Texas              §
                                       §
                                       §
County of Montgomery     §
                                       §

Before me, the undersigned authority, on this day personally appeared Felipe Carvajal, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Felipe Carvajal. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of New Caney, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 02/04.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00503

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Felipe Carvajal_

Sign: 

Date: _5/25/17_

SUBSCRIBED TO and SWORN to before me by the said _FELIPE_ _CARVAJAL_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00504

## AFFIDAVIT OF FRANCISCO HERNANDEZ

| | |
|---|---|
| State of Texas | § |
| | § |
| | § |
| County of Montgomery | § |
| | § |

Before me, the undersigned authority, on this day personally appeared Francisco Hernandez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Francisco Hernandez. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Splendora, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests. I have been in this position at this IHOP location since 11/13.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00505

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Francisco Javier Hernandez

Sign: 

Date: 5/25/17

SUBSCRIBED TO and SWORN to before me by the said _Francisco Hernandez_ on this the 25 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

Page 2 of 2

REYES 00506

# AFFIDAVIT OF JESSE TELLEZ

State of Texas                          §
                                        §
                                        §
County of Liberty                       §
                                        §

Before me, the undersigned authority, on this day personally appeared Jesse Tellez, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Jesse Tellez.  I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Cleveland, Liberty County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 05/16.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00507

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: Jesse Tellez

Sign: 

Date: 5/25/17

SUBSCRIBED TO and SWORN to before me by the said Jesse Tellez on this the 25 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

Minnie Longoria
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: 7/9/20

REYES 00508

## AFFIDAVIT OF KAYLA THOMAS

State of Texas       §
          §
          §
County of Montgomery    §
          §

Before me, the undersigned authority, on this day personally appeared Kayla Thomas, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Kayla Thomas. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Woodlands, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a server and my main duties and responsibilities are taking orders, serving food and beverages. I have been in this position at this IHOP location since 04/15.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00509

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Kayla Thomas_

Sign: _Kayla Thomas_

Date: _May 25, 2017_

SUBSCRIBED TO and SWORN to before me by the said _KAYLA THOMAS_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00510

# AFFIDAVIT OF RUTH URIAS

State of Texas                                §
                                             §
                                             §
County of Liberty                            §
                                             §

Before me, the undersigned authority, on this day personally appeared Ruth Urias, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Ruth Urias. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of Cleveland, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a combo and my main duties and responsibilities are ensuring a clean restaurant. I have been in this position at this IHOP location since 02/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

REYES 00511

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Ruth Marina Urias_

Sign: 

Date: _5/25/17_

SUBSCRIBED TO and SWORN to before me by the said _Ruth Urias_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00512

# AFFIDAVIT OF TITO REYES

State of Texas §
§
§
County of Montgomery §
§

Before me, the undersigned authority, on this day personally appeared Tito Reyes, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Tito Reyes.  I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of New Caney, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a cook and my main duties and responsibilities are cooking menu items for guests.  I have been in this position at this IHOP location since 04/17.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours.  I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Tito Reyes_

Sign: 

Date: _5/25/17_

SUBSCRIBED TO and SWORN to before me by the said _Tito Reyes_ on this the _25_ day of May, 2017, to certify which witnesses my hand and seal of office.

```
MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020
```

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_

REYES 00514

## AFFIDAVIT OF TOMASA ROMAN

State of Texas                                  §
                                                §
                                                §
County of Montgomery                            §
                                                §

Before me, the undersigned authority, on this day personally appeared Tomasa Roman, who, being by me duly sworn upon [her/his] oath, stated as follows:

"My name is Tomasa Roman. I am over the age eighteen, am of sound mind, and am fully capable and competent to make this affidavit. I am a citizen and resident of New Caney, Montgomery County, Texas. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I am employed at the IHOP restaurant located at 23681 Church Street. I am employed as a combo and my main duties and responsibilities are ensuring a clean restaurant environment. I have been in this position at this IHOP location since 07/14.

Since I started working at IHOP, I am paid on an hourly basis and I am paid overtime wages if I work overtime hours. I am unaware of any changes in policy regarding overtime pay that have occurred at this location since I began working at IHOP.

During my employment at IHOP, I have only been paid under my own name and social security number. I have never been asked by Jesus Reyna, Hnreck Nazarian or anyone else in IHOP management to clock in to work using anyone else's name or social security number other than my own.

I understand that there is a lawsuit pending against IHOP claiming that IHOP has not paid overtime and/or that IHOP has required employees to clock in using more than one name and

social security number to avoid paying overtime wages. As this is not my experience, I do not wish to join the lawsuit. Additionally, I do not know any other employee who would like to join that lawsuit."

Further, affiant sayeth not.

Print: _Tomasa Roman_____

Sign: _____

Date: _5/25/17_____

SUBSCRIBED TO and SWORN to before me by the said _Tomasa_____ on this the 25 day of May, 2017, to certify which witnesses my hand and seal of office.

MINNIE LONGORIA
My Notary ID # 126585417
Expires July 9, 2020

_Minnie Longoria_
NOTARY PUBLIC, STATE OF TEXAS

(NOTARY SEAL)

My Commission Expires: _7/9/20_____

REYES 00516