| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JESSICA REYES, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:17-CV-16 |
| BONA 1372, INC., et al., | § § | |
| Defendants. | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Doc. No. 29. Pending before the court is the Plaintiffs' "Motion to Extend Notice Period and Broaden the Collective Action Class." Doc. No. 169. The court has received and considered the report (Doc. No. 193) of the magistrate judge, who recommends that the motion should be denied. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 193) is **ADOPTED**. The Plaintiffs' "Motion to Extend Notice Period and Broaden the Collective Action Class" (Doc. No. 169) is **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of May, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE