| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JESSICA REYES, GISSELA LOPEZ, *on Behalf of Themselves and Similarly Situated Employees*,

        Plaintiffs,

*versus*

BONA 1372, INC., et al,

        Defendants.

CIVIL ACTION NO. 1:17-CV-016

## ORDER OF DISMISSAL

In accordance with the parties' Agreed Joint Motion to Approve Settlement (#225), filed November 21, 2018, this action is dismissed in its entirety, with prejudice.

THIS IS A FINAL JUDGMENT.

**Signed this date**
Aug 21, 2019

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE